# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                             ) | **Case No.** |
| ) | |
| **RICHARD SCOTT LOVELADY III,** ) | |
|     **Defendant.**           ) | |

## INFORMATION

**COUNT ONE:**  **[18 U.S.C. § 922(o)(1)]**

The United States charges that:

On or about the 28th day of April 2022, in Jefferson County, within the Northern District of Alabama, the Defendant,

**RICHARD SCOTT LOVELADY III**,

did knowingly possess a machinegun, that is, a **privately made 5.56 caliber firearm**, which is designed to shoot automatically, more than one shot, without manual reloading, by a single function of the trigger, and also incorporating the receiver of such a weapon, in violation of Title 18, United States Code, Section 922(o)(1).

## NOTICE OF FORFEITURE

**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1.    The allegations contained in Count One of this Information are

hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Information for violation of 18 U.S.C. § 922(o)(1), the Defendant, **RICHARD SCOTT LOVELADY III**, shall forfeit to the United States of America a **privately made 5.56 caliber firearm, bearing no serial number, and any accompanying magazines and ammunition**.

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
ALAN BATY
Assistant United States Attorney