

EXHIBIT A

Judge Manasco,

Judge Manasco,

My family, including all four of my grandparents, three of whom we have lost in the past two years, is known for its service to individuals, our communities and our country. So, service is part of the way I'm wired. I embraced that from a young age and decided to serve both full-time and part-time as a deputy sheriff with Jefferson County and also as a soldier.

As the first-born, and the oldest grandchild on both sides, I was told as a toddler that I had leadership qualities and have been honored to serve as a leader in sports teams, my high school and as a sergeant in the Army.

When my parents separated the summer I was 13, and then later divorced, the sense of shame I felt for my family and our reputation in the community that they could not make our lives work the way we needed for them to, was overwhelming. It's something I have continued to struggle with all these years. And now that same sense of shame, for my own mistake, has been difficult to deal with. I am determined to overcome this mindset but right now, it is something right in front of me every hour of every day.

The word "repent" in Hebrew means to "turn back" and I want you to understand, Your Honor, that in my mind, my heart and in my actions and behavior, I have turned back away from ever making another choice like this. It has affected my career choices as it has required that I not renew my military contract for something that I love so much. I am the fourth generation airborne of my mother's family and am unable to continue on that path that has been so good for me. I might also lose my job with the sheriff's department and am not sure how I will move forward with any career with this on my record. Besides being part of my family's DNA, serving and protecting is what I played everyday on our family's farm when I was little. I pretty much always had a sword, or plastic gun, or a stick or a rock that I could fight all pretend enemies

with. The fact that my choice involves what I have always enjoyed, and has cost me the right to wield what has always been such a part of my identity, makes me so disappointed in myself.

Also, my father is in poor health and my mother has just last week received a cancer diagnosis. The fact that I will likely not be able to help my brothers with both of them, and be here for my family, tears me up.

I have sworn to protect you and those you serve both through my job as a deputy sheriff with Jefferson County and as a part of the U.S. Army 20th Special Forces Group and sincerely regret having to come before you in your courtroom because of this wrong choice I have made. Regardless of what sentence I may receive, though, I will continue to serve in whatever capacity I am able. I will work to pick my life up and get back on a productive, healthy path so that this shame and disappointment is in my past and I can hold my head up high again.

In no way is this about me not taking responsibility but I thank you for allowing me to introduce myself to you and to show the court a little bit about who I am.

Sincerely,

Richard Scott Lovelady, III

Sincerely,

Richard Scott Lovelady, III