

EXHIBIT
FILED
2023 Sep-22 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

Judge Manasco,

My name is Martin Lambert and I am Richard's uncle. I've known him since he was a few months old, meeting him as soon as I came back from a deployment I was on when he was born.

Knowing Richard and seeing him grow into the man he is has been one of the great pleasures of my life. For most of his life I had a job in the defense industry and that had me on the road a lot more than I'm happy with but we always made time to get together. That might be camping, going to football games or just coming over to the house to watch movies and make fun of each other, he's been one of the bright lights of my life. We even went shooting a good bit together with his grandfather, who was invited to the 1960 Olympics for marksmanship, which may have been how we arrived at this uncomfortable situation. I was even privileged to attend his graduation from his first training after he joined the army and as the family's oldest surviving paratrooper I pinned those silver wings on his chest.

I understand in this part of the letter we point out a part of his character that may make you merciful in sentencing. If this was a TV show or the movies an old southern lawyer wearing a searsucker suit with a Foghorn Leghorn accent would bring in some information that would exonerate him, but that won't happen here. I'd like to tell you about my nephew, how exceptionally generous and kind he is. He's always the first to show up when anyone needs help. I think that rolls into the trait I'd like to emphasize today, that of selfless service.

Richard has taken part in our family's long tradition of service to this nation and to the local community. In high school he was always taking part in charitable events put on by his church or school. Once he graduated he joined the army. At first he served in the engineering field to learn a trade, but that quickly paled. His long history of injury prevented him from personally attending Special Forces Selection, but he wanted to serve those on the sharp end. He became a parachute rigger and took personal responsibility for ensuring the safety equipment and deployment packages were always in excellent condition. The gear he worked on could be depended on to function properly every time. It took a worry off our nation's elite warriors, knowing their gear wouldn't fail.

This mirrored his full time job as a Sheriff's Deputy. In a time when law enforcement has challenges recruiting he stepped up. There was never any question if Richard was going to serve the community, it was just a question of how.

Because of his exceptional foolishness he either already has or will soon lose everything he's ever worked for. Neither the U.S. Military or the Jefferson County Sheriff's office has any use for a convicted felon. This course of events also cost him a long term relationship with a wonderful woman who worked as a nurse.

I'm pretty old school and don't discuss emotions easily, but I'll ask you to please not take my boy away. There's nothing more available than to say please. The ending of his military service far earlier than he wanted and severing of his police career are a very harsh punishment for someone who showed nothing other than cooperation. He was never violent and no danger to the

community. Please allow him to pick up the pieces and find a new avenue for service. There are too few people like him out there and we need all we can get.

Thank you for reading this. The opportunity to put it before you is very much appreciated.

Martin Lambert
Uncle

Mr. Forrester and Members of the Court,

I write today on behalf of your client, Mr. Richard Scott Lovelady, III. As I most certainly write with due regard to his reason for appearing before you in court, please allow me the opportunity to speak on Richard's character and standing. An unfortunate conflict prohibits my attendance alongside him today, but if I may lend testimony in another manner, or at another time, please contact me without hesitation.

Though I may have only known Richard for a brief period during his time in the military, I have had the benefit of close contact with him professionally and as a Soldier in such a way that there should be no doubt as to my understanding of him as a person, a service member, a Paratrooper, and a Parachute Rigger for some of the most highly skilled persons in today's Army.

In the span of this communication, I'm unsure as to what is appropriate, so I would like to be quite clear and concise in saying the following; Mr. Lovelady...Specialist Lovelady's love for his involvement in his community and service to this country are in keeping with the finest of Army traditions. I have taken him under my counsel and mentorship as his current Non-Commissioned Officer in Charge and will take ownership of his development to keep him upright during these trying personal times. Very early on in my involvement with Richard, I've found myself impressed with his ability to focus and provide professionalism to his current assignment, even as this matter has certainly been weighing heavily on him and his family as well. He cares deeply for his involvement in our team, his standing within the community, and has demonstrated to me his understanding of the severity and terms that bring him before you today. He is a young man and Soldier of promise; a person of great character. At 25 years of age, he has so much opportunity in front of him in our organization and at home in his community. As a man that has been the beneficiary of second chance in my early years, I myself, would not be here today at 24 years of service to this great country. I was given a chance to correct my course and will forever be mindful and grateful. It has certainly guided me forward. I hope Richard can also move forward in life and career in a similar manner so that we may all see his potential realized.

Mr. Lovelady is a good man, flaws and missteps like any other I'm sure, but I see in him a light. He is a person of character, a phenomenal Soldier, and a man that wishes to simply find resolution to the matter at hand with care and regard for his future. Please accept my words today on his behalf, knowing that given the opportunity, I'd gladly speak at length and in person.

With gravity and sincere regard,

Trevor F. F. Atkins
Master Sergeant, 20th SFG (A)
SL Jumpmaster Course NCOIC
(205) 500-1357
trevor.f.atkins.mil@army.mil

Judge Manasco,

My name is Jackson Hall and I am Richard Lovelady's friend. I have known Richard for a few years and I wish I would have met him earlier in my life. I have spent a lot of time with Richard at my house, or meeting him at restaurants to eat. Richard is always fun to be around and there is never a dull moment.

I met Richard through a mutual friend at a local fitness gym near the town that I live in (Sumiton, AL) back in the late year of 2019. In the early year of 2021, Richard and I have connected more closely over a Bible study page on social media. Ever since that day and time we have met in person and studied the Bible together, prayed together, and talked about attending the same church together. Richard has helped me discover more about my faith and has helped me grow closer to God through scriptures and Bible plans. I believe I have also helped him grow closer to the Lord as well.

Richard was an outstanding Deputy Sheriff for the Jefferson County Sheriff's Office, as well as an Army National Guard veteran for a highly trained special warfare unit (20th Group Special Forces Group) who has received awards for his actions and bravery. Richard has always demonstrated a very well disciplined and well mannered lifestyle in my eyes. I consider Richard a part of my family.

Thank you for your time Judge Manasco

Respectfully,

Jackson R. Hall

To whom it may Concern

My name is Sergeant Carl Benefield and I have been a law enforcement officer for twenty-two years. For the past two years I have had the pleasure of supervising Deputy Richard Lovelady. Deputy Lovelady was handpicked above his peers due to his diligence and impeccable work ethic. Upon his graduation from the academy, Deputy Lovelady quickly became a key member on the shift. Deputy Lovelady showed an aptitude for effective documentation, sound judgment and bravery during critical incidents, and professionalism in all he does. Deputy Lovelady gained a reputation as a hard worker amongst supervisors, and fair handedness amongst inmates. Deputy Lovelady was selected to serve on the Emergency Response Team where he showed an aptitude for deescalating dangerous situations and resolving conflict without having to use force. He is courteous, kind, and his service to his community is noticed and appreciated.

Respectfully, Sgt, Carl Benefield

Honorable Judge Manasco,

My name is Joseph Lovelady. I am Richard Scott "Vann" Lovelady's brother and have known and loved Vann my entire life. Being less than two years apart in, Vann and I have always been extremely close in our friendship, bond, and love for each other.

There are no bonds quite like that of brothers. We grew up playing in the woods and creeks and always planning to build a huge fort (which never really came to fruition). As we became older, we played basketball together from elementary school up through hghschool. Vann being older always and almost always a foot taller would always encourage me and help me practice getting better at basketball. Vann is one of the most encouraging people I have ever met and am beyond thankful for our childhood together.

My brother is kind, loving, sincere, and strong. Although Vann is very physically strong, the strength that he obtains which is of more importance is his spiritual strength. The strength of prayer, the strength of love and compassion, and the strength of virtue. All God given. My brother is a born-again believer of Christ and carries this belief wherever he goes. Vann is always the first person to lend a helping hand and to be there for those in need. Our mother, recently diagnosed with breast cancer, received surgery the week of September the 11th, and Vann was the first one to visit her and stayed with her for the following four days helping her recover from surgery. Vann has an incredible capacity for selflessness, always putting the needs of others before his own.

One of the most significant aspects of Vann's life has been his dedicated service in the military. His commitment to protecting our nation is truly commendable and is the reason Vann has been the recipient of multiple awards and accolades for his service. Vann's discipline, resilience, and leadership skills have not only contributed to his personal growth but have also had countless positive impacts on those around him in his units and teams he has served with. His sacrifices and commitment to our country exemplify his patriotism and sense of duty.

I wholeheartedly and without reservation love and care for Vann as an outstanding individual of the highest character. His kindness, love for those around him, and military service speak volumes about his exceptional qualities as a person.

Sincerely,

Joseph Lovelady

11 May 2019

To Whom It May Concern:

This is a letter of recommendation for Richard Lovelady . I have known Richard for over three years as a Specialist (SPC) in my Brigade. He is the Guidon Bearer for the Headquarters Company of the 926TH Engineer Brigade. His service to the unit has been impeccable. I have witnessed his dedication to duty and his performance as a Soldier. SPC Lovelady reports to duty on time. He is front and center as he guides the company formation and his stature is to be recognized.
I have also witnessed SPC Lovelady off duty and he is still the same. He is very professional and attentive. He is very detailed oriented as he pays close attention to the mission at hand. SPC Lovelady is a disciplined Soldier who shows respect and candor to his superiors. I consider him one of my top Soldiers as he always does what is right. SPC Lovelady is the Soldier you want on your team. He is very coachable and a self-starter. He places the mission first with respect to safety of personnel. I am amazed at his maturity at his youthful age. I recommend him to any position in which you have as I personally know he will do the job to the best of his ability both professionally and ethically.

SPC Lovelady is a true leader that is loyal to his craft, ethical in all manners, disciplined and responsible. He will continue to grow and demand the best in any situation. He has my full respect and support in any venture he will attempt. I know he will be successful because he does not quit until the mission is completed. He is a true team player, and a leader that others will follow. He is the right person for your position.
If you desire further information, I can be reached at benny.l.hubbard.mil@mail.mil or 601-260-5449.

Very Respectfully,
CSM

BENNY L. HUBBARD
COMMAND SERGEANT MAJOR
926 ENGINEER BRIGADE

Judge Manasco,

My name is Parker Moseley. Richard has been a lifelong friend to me, and we have worked together in different fields. I have known Richard for over 20 years. During this time period Richard has been a friend, teammate, and brother in arms with me at both the Jefferson County Sheriff's Office and 20th Special Forces Group (A). Richard has a deep rooted spirit for serving his country and community, and has spent his youth pursuing career fields that have allowed him to do just that. I have personally witnessed Richard rush into a cell where a juvenile boy was attempting to take his own life by hanging himself. Richard reacted quickly. cutting the boy's noose, and performing life saving measures on him. Richard did this without ever receiving commendation from the Sheriff's Office or gratitude from the boy or his family, nor did anyone ever hear Richard complain of a lack of recognition. Richard did this act, and countless more like it, not for accolade, but out of a sense or selfless service From growing up together, attending the academy together, and serving in the military together, I have come to know Richard on a level both personally and professionally that few can match. I would stake my reputation in my career in military intelligence, and as a SWAT operator on the character of Richard. There are countless stories of Richard going above and beyond the call of duty for his community. but out of respect for your time in reading my letter, will close by stating Richard is known as a man of honor by all he has served with.

Respectfully,

Parker Christian Moseley

September 21st, 2023

Good Afternoon Judge Manasco,

My name is James Harbin and I have known Richard Lovelady for over 15 years. He's one of my best friends and I consider him a brother. We went to middle school and high school together  as well as church together recently.

In every capacity I know him, his character is impeccably honest and full of selflessness, virtue, and honor. I know this because of many examples but one shines brighter than any other. My grandfather was diagnosed with middle to late stage Alzheimer's late last year and this sent a shockwave of sadness throughout my family. We knew the road ahead would be difficult but we also knew we had an army of friends to help us through it. Richard was one of, if not the very first person to call me and offer to take the reins of whatever tasks my grandfather couldn't carry out anymore. From cutting the grass to helping my grandmother clean, he stepped in and carried the burden right beside me. When my grandfather passed away earlier this year, he was the first one to call and the last one to leave, pleading with me to let him stay and complete more jobs expecting nothing in return.

To sum it up, if my life were in danger or on the verge of falling apart, I would want Richard there to help me find a way through. He's been there with me through my darkest time as I sat on my living room floor after walking into my house with no furniture finding a note that says my wife of three and half years is divorcing me. It was quite the shock to find out she had been seeing another man for a few months prior; however, Richard was right there to help me pick up the pieces and continue on hoping for a better life ahead. He was with me at my absolute lowest.

Richard is the epitome of a virtuous brother who will do anything for anyone. I trust him with my life.

Thank you for reading this Judge Manasco.

All the best,
James Harbin, MSW, MSN, RN

To Judge Manasco:

My name is Justin Hairrell. I am Richard's co-worker in the Alabama National Guard. I have known him for several years. During this time, I have found Richard to be a consummate professional. Not only is he a patriot who loves his country, but took time away from his family to serve his country. If I had to describe his character, I would say that he is honorable, reliable, and steadfast. Richard displays courage in the face of great adversity. Richard serves as a Sargent in the Alabama National Guard. His courage is displayed by the fact that he volunteers to jump from aircraft while in flight.

I would ask you, Your Honor, to take consideration upon the matters before you today. I ask you to reflect on the fact that Mr. Lovelady has served his country and the great state of Alabama and show him mercy.


Yours sincerely,

Justin Taylor Hairrell, Staff Sargent

Alabama National Guard

Dear Honorable Judge Manasco

My name is Jackson Lovelady. I am writing this character reference on behalf of my brother Richard Scott Lovelady the third, who is commonly known as Vann by his family and friends. As his youngest brother who in many ways he helped raise, I know and have seen Vanns selflessness through my entire life with it always serving as motivation and hope for me to try and strive for more as he has. With me often being unable to have taken up the greatest joys in my life he tried to make them happen. He has always encouraged my passions with not just words but action, when I was 12 i became obsessed with computers and coding however at the time i had no access to a computer or any resources with this period of time being particularly hard for our family. So Vann bought me a laptop and book on coding and then several years later when my laptop finally gave out he scrounged and saved to be able to get me a full computer I could use for college and continuing my wanted career path I love which I would have never discovered without him.

As he was getting older and I was just becoming a teen he still made sure to give me huge portions of his time and attention even as he worked. We would always go to the gym after school with him being my own personal trainer through two particular summers which gave me my confidence to pursue football and debate team. Everyday after the gym he would always make sure I had eaten well and regularly helped me with my school studies when my parents were often unable. Although I was often difficult, he made sure I was well rounded and pursued new sports, ideas, and met new people; and without that guidance I know I would not be half the man I am today.

Vanns courage and leadership is undeniable. My favorite video of him is from his basic training where his group has to go into the gas chamber and take their gas mask off for a period of time.

The video is recorded from the door on the other side of the chamber and as they come out every soldier is of course absolutely stunned crying, sneezing coughing trying to take their mask off etc, and after every other soldier has come out then Vann comes out. He of course looks as worse off as all the rest of them however instead of rushing to the water stand or sitting down like the rest he goes through and immediately begins helping his friends take masks off, wash their faces, and get ready for whatever trials faced them next.

In closing, I know Vanns character, strength, selflessness, and admiration for his family and country; and I believe these traits are best used in the service of our society and family. I pray that this character reference letter conveys my deep respect and admiration for my brother. Thank you for considering my letter.

Sincerely,

Jackson Wyatt Lovelady

Dear Judge Manasco,

My name is Joshua Parvin and I am writing to you on behalf of my friend Richard. Thank you for taking the time to consider my words.

I have known Richard since we were in middle school and at this point consider him a brother.

We met through my cousin, Andrew, and became friends fairly quickly. Richard and I spent a lot of time together just hanging out whether it was basketball, swimming, or other fun activities.

I have many memories early on with Richard, but one stands out in particular. One night we were spending the night at my cousins house. We of course played video games and such, but we also stayed up into the early morning hours talking about God and praying. It was a special night for us as I believe that night as we shared our faith we solidified a life long bond.

Richard has always been someone that I could count on, even when no one else was around. I'm confident that if I needed someone to help me, all I would have to do is call Richard. In particular, he helped my wife and I move into our house when we first bought it. We were in a pinch and weren't at a place to pay movers to help us. I have a lot of friends that I called, but they all had something else going. But, Richard didn't hesitate. He is the kind of guy who is willing to drop what he is doing to come and help me even it's last minute. That's a true friend.

One of the things that stands out to me about Richard as far as his character goes is his faith and his willingness to work hard. Richard puts his heart and soul into what he is doing and he does it with a positive attitude. He has a confidence in his faith and is taking steps to continue to grow in his faith. We've spent many hours talking about faith as well as attending church groups together.

Lastly, Richard is fun and just a great guy. My little daughter, who is two and half years old gets excited every time he comes around.

Thank you for considering my words. It is an honor to speak on behalf of my friend whom I consider a brother.

Thank you,
Joshua Parvin

Judge Manasco,

My name is Joshua Craig. I have been Richard's friend and comrade-in-arms for 7 years. I have known Richard when I first enlisted in the Army. We were both Privates at the time and always sought to excel in our respective careers. We constantly pushes each other, held one another accountable in our promotions and held each other up in the hardest part of our lives. Like all of us, Richard is a flawed person yet those flaws should not take away his most amazing virtue: selflessness. He hd always shown great commitment to the Army, his comrades and his country. We had always swore if out country were to ever go to war, we would make sure to go together. He has always acknowledged his mistakes and has always learned from them. Richard would rather die for those who can't defend themselves than take from them in the first place. I implore you to take this letter among others as a greater insight on his character.

Judge Manasco,

My name is Jacob Cleckler, I am one of Richard's good friend and I have known him for a little over 3 years. Me and Richard met when I first got to my unit a little more than 3 years ago and immediately he welcomed me to the unit. When Richard got promoted to a SGT he would always take care of us and made sure things were always good. If we needed anything he was always there for us. He would drop what he was doing and would try his best to help us with whatever we needed. Richard would check up on me at least once a week. He is a really great guy

Dear Honorable Judge Manasco,

I am writing this character reference letter on behalf of my son, Richard Scott Lovelady III, who is commonly known as 'Vann' by his family and friends. As his father, I have known him since he was born and have watched him grow into an exceptional individual who has always filled my heart with love, pride, and joy.

I am writing to express my unwavering belief in Vann's distinguished character and traits that make him an outstanding individual and deeply loved son. Vann's life reflects his dedication, commitment, loyalty, and love for his family, friends, community, and nation. His outstanding service to the US Army and willingness to lay down his life to protect his country is a testament to his character.

As a soldier in the US Army and a deputy sheriff for Jefferson county, Alabama, Vann has demonstrated his god-given gifts of leadership, bravery, compassion for others, and a growing commitment to never give up no matter how hard a challenge. He has numerous achievements serving in the military, including graduating from airborne school. As a deputy sheriff of Jefferson county, he put his life between danger and saving a civilian at a high school football game while under fire.

Vann's character traits include dependability, resilience, motivation, empathy, confidence, and respect. He is blessed with wisdom, creativity, curiosity, open-mindedness, love of learning, and perspective. His courage allows him to accomplish his goals despite opposition, whether internal or external, and difficult circumstances. Vann possesses civic strengths that underscore the importance of a healthy community. He is fair, a leader, and works well with others as a group or a team. He is quick to forgive others who have wronged him and is modest. He appreciates beauty, is grateful, hopeful, has a sense of humor, and has a solid belief about the higher purpose and meaning of life.

Vann is a dedicated Christian who is not embarrassed or afraid to share his personal relationship with Christ by treating others as he wants to be treated and offering love, forgiveness, and support to others in need. When Vann's closest friend lost his life in a tragic car accident, he immediately went to his best friend's parents' home, where he stayed 24 hours a day for a week to be with them, offering comfort and support. They asked him to give the eulogy for his best friend's funeral, which was extremely difficult and very painful, but he did it out of love to honor his best friend with over 500 people in attendance.

In conclusion, I strongly believe that Vann is an individual of high moral character and a valuable asset to society. I hope that this character reference letter conveys my deep respect and admiration for my son. Thank you for considering my letter.

Sincerely,

Richard Scott Lovelady II

Judge Manasco,

I am Richard's aunt, Gina Lovelady Mason, as well as his godmother and I have known him since he was born, well beforehand actually.  I have spent countless hours with him throughout his life.

I was his first babysitter, his weekend sleepover pal, and friend and confidant as he has grown older. As his mom says, I was harder on him than they were at times. I have seen him endure emotionally harl expected best behavior at all times and still do.

I know he has made some mistakes, but I truly believe that he has the best heart and more integrity than most people his age and beyond. Even in light of this arrest and charge, it has not changed my opinion of him, because he has always taken everything to heart and know that he will never do anything like this again.  This decision has already altered the course of his life in a most negative way and he has worked and will work his very hardest to regroup and change his course, learning from those mistakes.

I have boy/girl twins who are 11. They have no cousins anywhere remotely close in age and have no grandparents living. Richard, even as a teen has always made a point to give my children the love and sense of extended family, that they are missing and so crave. My son, who has autism, a mood disorder and "all the things". Richard has always loved, encouraged and supported not only my son, but me as well!  He is my daughter's number one person. She is probably always lacking a little attention because her brother requires so much time and attention. Richard has always made sure that she knows that she is special too and goes above and beyond to love on and focus attention on. I really couldn't ask for better family support than what we have always gotten from him. Other family members just go along with their lives, while he sees the need and takes time out.  He is a huge role model to my kids.

In summary, he is an excellent person of character, who made a bad decision and given the opportunity can do way more good in the world than locked up.

Thank you for your time.

Sincerely,
Gina Lovelady Mason

Dear Judge Manasco,

I am writing on behalf of my son, Richard Scott "Vann" Lovelady, III. As his mother, it grieves me that his current legal circumstances require me to write to you. My hope is that I can introduce him to you in such a way that you see him for the total man he is, and his contribution to our family and community and not for this singular crime.

When I was 12, my doctor told me I would never have children because of a reproductive birth defect they discovered. Because of multiple surgeries, I was able to carry Vann to term only to have my obgyn tell me after his c-section delivery that "he almost lost both of us" during the birth process. So, Vann is the oldest of my three strong, healthy, unique, miraculous sons. Our relationship has always been such that he shares the details of his life and thoughts, mistakes, fears and dreams–good, bad and ugly with me.

Vann has always been the tallest in any group from the bed babies Sunday School class on. His red hair, so high up, as he is nearly 15 inches taller than I am, makes him easy to spot in a crowd. Always conscious of his size, the tough swagger he adopted quite young has been a cover for his tender heart and his concern for others. His coach put him in as catcher in tee ball and even on his knees he was taller than most of the little boys at bat. At his first karate tournament, I believe at around age 8, he towered above his opponent but lost because he would not strike hard enough.

I remember sitting on his bed and first discussing his thoughts about making the military his career when he was in junior high school because he wanted to be like my veteran father and work to protect us and our country.

His protective loyalty clearly shows in his actions and behavior toward those in need. This past weekend, he rearranged his schedule to spend three nights with me to help care for me following cancer surgery I had on the 14th. He has lost two of his best friends in car accidents in the past five years and regularly checks on and spends time with their mothers as sort of a surrogate son to them. I don't know if I have ever been more grateful for him and his steady, loving, compassionate presence than when he gave the eulogy for his best friend and comforted all of those grieving, in the midst of his own grief, by sharing how he and Jackson had prayed together in the middle of their gym workouts.

Vann and I have often discussed his work at the jail as a deputy sheriff with Jefferson County. (I thought he was going to be an engineer and serve in the Army Reserves, but...) His recognition of the evil apparent in many of the prisoners has not jaded him so much that he cannot also see the glimmers of humanity and pain amidst the wrong choices and backgrounds of many others.

Judge Manasco, I clearly love my son unconditionally. In that, I am able to see him as a person–multifaceted and multi-flawed. His compassion, loyalty, faithfulness, kindness, desire to protect and commitment to serve in professional and personal capacities, continue to swell gratitude to overflowing in my heart that he is my son and my brother in Christ.

Thank you for your time and attention to this matter.

Sincerely,


Larisa Lambert
205-516-6131

Judge Manasco,

My name is Camron Mercer, and I am one of Richard Lovelady's oldest and dearest friends. I have known him for 20+ years, as we met at the ripe age of 6. I want to write a letter on his behalf to paint a vivid picture of how loving, caring, and God-fearing that he is. I met Richard when I started 1st grade at Sumiton Christian. I was new there, extremely shy, and was the only African American student in my class. These facts made it very difficult to make friends at a school where a lot of our classmates already knew each other. I used to go to school very sad, and would just want to go home to my mom. I remember vividly in Mrs. Reeve's 1st grade class, I was having a bad day as usual and started crying. It seemed no one cared except for this slender, lanky red haired little boy who proceeded to ask "Are you okay? Why are you crying?" "I miss my mom" I replied, and what he said after is what always has stuck with me even to this day. Richard replied, "Don't be sad, I miss my mom too. We're going to have a good day though, me and you."

That was the start to our exuberant, long lasting friendship/brotherhood. I personally consider Richard to be my brother, so does the rest of my family. Ever since 1st grade, we've shared so many core experiences with each other. We have played baseball together, football, and basketball. We have gone to events together, laughed together, cried together, lived together and everything in between.

Richard is a super caring person and will do anything for the people he loves. He has helped me in many ways get through many of life's challenges like break ups, deaths, goodbyes, and more. On work nights, weekends, through good or bad weather, near or far, Richard has always and will always physically come check on me. He even happily lets me vent to him about the custody battle of my son that I am going through, and with that, he has helped me with my son in many different ways. As life has gone on whether we are just hanging out or talking through life's deepest sorrows, Richard has always been there for me. This attests to just how caring, empathetic & loving of a person he is.

Richard is also a very nice, respectable person overall. We have done countless things together, so countless times I have seen him treat waiters nicely, or help a stranger out in public, or openly pray with mutual friends we have, or make friendly conversation with strangers because he's so nice and personable. Countless times I am taken aback by how nice & great of a man Richard Lovelady is.

Judge Manasco, I simply wanted to write an intimate letter on behalf of my brother Richard. He is such a lovely young man that lives life the correct way. He is not without fault, but I would remind you that no one alive can actually claim to be without fault. People of all ages, races, professions, and religions make mistakes, but I would ask that you not let that define who you think Richard is as a person. Richard, contrarily, should be defined as a loving, caring, responsible, God fearing man who at times can double as a stand up comedian.

Thank you for your time Judge,

Camron Mercer, OMS III